UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMS LIBERTY LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>LINDA M. HIB, et al.,<br><br>                  Defendant. | Case No.:  18cv339-LAB (BGS)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

After this case was removed multiple times from state court to various federal courts, the Court issued an order to show cause re: sanctions or contempt. The Court issued a similar order in case 18cv529-LAB (BGS), *GMS Liberty LLC v. Hib*, et al. The Court then held a hearing, at which Defendant Linda Hib appeared. She said she believed relatives who had lived in her and her mother's home might be responsible for the multiple removals.  At the hearing, the Court discharged the order to show cause. The Clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated:  March 20, 2019

*Larry A. Burns*
_____
Hon. Larry Alan Burns
Chief United States District Judge